No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VALENTINE v. VALENTINE. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Elizabeth A. Valentine against John H. Valentine. No opinion. Motion denied, without costs. Order filed. See, also, 140 N. Y. Supp. 1149.

VALENTINE, Respondent, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Elizabeth A. Valentine against John H. Valentine. H. S. Sayers, of New York City, for appellant. A. W. Otis, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed. See, also, 140 N. Y. Supp. 1149.

VAN BUREN & NEW YORK BILLPOSTING CO., Respondent, v. C. J. SULLIVAN ADVERTISING CO., Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by the Van Buren & New York Billposting Company against the C. J. Sullivan Advertising Company. M. L. Stovey, of New York City, for appellant. C. O. Maas, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 60 Misc. Rep. 338, 113 N. Y. Supp. 450.

VAN DUSEN, Respondent, v. NORTHWESTERN MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Anna B. Van Dusen, as administratrix, etc., against the Northwestern Mutual Life Insurance Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to abide the event. Held that, under the most favorable construction of the evidence as limited in the charge of the court, plaintiff failed to establish actionable negligence against the defendant.

VAN KIRK, Respondent, v. FIRST SOCIETY OF METHODIST EPISCOPAL CHURCH IN VILLAGE OF GENEVA, N. Y., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Mark L. Van Kirk against the First Society of the Methodist Episcopal Church in the Village of Geneva, N. Y. No opinion. Judgment and order affirmed, with costs. See, also, 152 App. Div. 951, 137 N. Y. Supp. 1147.

VAN OSTRAND, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Enid D. Van Ostrand, an infant, etc., against the New York Central & Hudson River Railroad Company.

No opinion. Judgment and order affirmed, with costs.

VAN TASSELL, Respondent, v. KNOLL, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Charles Van Tassell against Peter W. Knoll. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

In re VAUSE. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of the application of W. Bernard Vause to have issued to him certificate of stock of the Café Raub, Incorporated. No opinion. Order reversed on argument, with $10 costs and disbursements, and case remitted to the Special Term for the appointment of a referee to take proof of the facts and to report to that court. Settle order before Mr. Justice Burr.

VOLCK, Respondent, v. VOLCK, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Lillian Volck against Adelbert Volck. J. J. Kirby, of New York City, for appellant. L. J. Morrison, of New York City, for respondent. No opinion. Order reversed, and motion denied, on Lake v. Lake, 194 N. Y. 182, 87 N. E. 87. Order filed.

WAIXEL, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Lionel D. Waixel against the City of Mt. Vernon. No opinion. Judgment and order of the City Court of Mt. Vernon unanimously affirmed, with costs.

In re WAKEFIELD. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) In the matter of the application of Edwin R. Wakefield for admission to the bar. No opinion. Application granted.

WALCH, Appellant, v. McDERMOTT DAIRY CO., Respondent. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Action by Lina Walch, as administratrix, etc., against the McDermott Dairy Company. T. J. O'Neill, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WALKER, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Jerome Walker against the Board of Education of the City of New York. No opinion. Judgment affirmed, with costs.

WALLACE, Respondent, v. PEOPLE'S GAS & ELECTRIC CO., Appellant. (Supreme